**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 cr 06**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | |
| ) | **ORDER** |
| **DOMINIQUE LAMAR FORE,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** came before the Court *sua sponte*. The undersigned conducted a hearing regarding Defendant's Motion to Suppress (#11) filed by Defendant's counsel on April 10, 2015. At the close of the evidentiary hearing, Fredilyn Sison, counsel for Defendant, and the Assistant United States Attorney John Pritchard each requested that the Court grant the parties an opportunity to provide additional briefs in support of their contentions, particularly in light of evidence produced at the hearing. The undersigned determined that good cause has been shown for the granting of such oral requests and will set the following briefing schedule: Counsel for Defendant will have fourteen (14) days from and after the delivery of the transcript of the April 10, 2015 hearing to file with the Clerk a brief setting forth Defendant's contentions regarding Defendant's Motion to Suppress; the

1

Government will be allowed fourteen (14) days thereafter to respond in writing to the brief of Defendant.

Signed: April 15, 2015

Dennis L. Howell
United States Magistrate Judge