IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:15-cr-00006-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DOMINIQUE LAMAR FORE, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 33].

Upon consideration of the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 33] is **GRANTED**, and the Bill of Indictment filed in this case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to provide copies of this Order to counsel for the Government, counsel for the Defendant, the United States Probation Office, and the United States Marshals Service.

**IT IS SO ORDERED.**  Signed: December 18, 2015

Martin Reidinger
United States District Judge